FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 4:05 pm, Jun 13, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO.   4:23CR-53 |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 843(b) |
| RAPHAEL SAMUEL SMITH | ) | Use of Communication Facility |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

<u>COUNT ONE</u>
*Use of Communication Facility*
21 U.S.C. § 843(b)

On or about June 10, 2020, in Chatham County, within the Southern District of Georgia, or elsewhere, the defendant

**RAPHAEL SAMUEL SMITH**,

knowingly and intentionally used a communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, Conspiracy to Possess with Intent to Distribute, and to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 843(b).

{Signatures on Following Page}

2

                              JILL E. STEINBERG  
                              UNITED STATES ATTORNEY

_____                        _____  
Date                                Patricia G. Rhodes  
                                       Assistant United States Attorney  
                                       Chief, Criminal Division

6/13/23                         /s/  Frank M. Pennington, II  
_____                    _____  
Date                                Frank M. Pennington, II  
                                       Assistant United States Attorney  
                                       *Lead Counsel